

**NUMBER 13-17-00338-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOHNNY BALDERA, JR.,                                                   **Appellant,**

**v.**

THE STATE OF TEXAS,                                                  **Appellee.**

### On appeal from the 24th District Court
### of Calhoun County, Texas.

# ORDER TO FILE APPELLATE BRIEF

### Before Justices Rodriguez, Contreras, and Hinojosa
### Order Per Curiam

    This cause is currently before the Court on appellant's second motion for extension of time to file the brief. The reporter's record was filed on October 10, 2017, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P.

38.6(a). This Court has previously granted appellant an extension of 113 days to file the brief, and appellant now seeks an additional 63 days to file the brief.

The Court GRANTS appellant's second motion for extension to file the brief and ORDERS the Honorable Luis A. Martinez to file the brief on or before May 4, 2018. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
21st day of March, 2018.